# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MATTHEW PAUL MARIN

VERSUS

FRANCIS W. GUIDRY, JR. AND
FICTITIOUS PARTIES, A,B AND C

NO.　2023 CW 0828

**OCTOBER 10, 2023**

---

In Re:　Francis W. Guidry, Jr., applying for supervisory
writs, 21st Judicial District Court, Parish of
Tangipahoa, No. 210001629.

---

**BEFORE:　McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

> **PMc**
> **CHH**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT